UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION<br><br>This document relates to :<br><br>ROMINA LEONARD<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., ET AL. | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br><br><br><br>Civil Action No. 1:23-cv-4258-LMM |

**PROPOSED ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

On Motion of the Plaintiff to amend her Short Form Complaint, leave is hereby granted to allow Plaintiff to file her Amended Short Form Complaint.

SO ORDERED, this _____ day of _____, 2024.

_____
Leigh Martin May
United States District Judge

1