**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION<br><br>This document relates to :<br><br>ROMINA LEONARD<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC., ET AL. | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br><br><br><br>Civil Action No. 1:23-cv-4258-LMM |

## ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

On Motion of the Plaintiff to amend her Short Form Complaint, leave is hereby granted to

allow Plaintiff to file her Amended Short Form Complaint.

SO ORDERED, this   23rd   day of       May      , 2024.

                               _____
                               Leigh Martin May
                               United States District Judge